## UNITED STATES COURT OF INTERNATIONAL TRADE

———————————————————————— x
:
YANTAI ORIENTAL PROTEIN TECH CO., LTD., :
YANTAI ZHONGZHEN TRADING CO., LTD, :
JIUJIANG TIANTAI FOOD CO., LTD., and YANTAI :
YIYUAN BIOENGINEERING CO., LTD., : **SUMMONS**
:
                 Plaintiffs, : Court No. 24-00181
:
       v. :
:
UNITED STATES, :
:
              Defendant. :
———————————————————————— x

To:   The Attorney General of the United States
      and the United States Department of Commerce:

     PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

                          /s/ Mario Toscano
                          Clerk of the Court

———————————————————————————————————————

1.   <u>Name and standing of plaintiff:</u>

     Plaintiffs Yantai Oriental Protein Tech Co., Ltd., Yantai Zhongzhen Trading Co., Ltd., Jiujiang Tiantai Food Co., Ltd., and Yantai Yiyuan Bioengineering Co., Ltd. are foreign producers and exporters of certain pea protein from the People's Republic of China. Plaintiffs' imports were the subject of the U.S. Department of Commerce's less than fair value investigation, for which the final determination and antidumping duty order were published as *Certain Pea Protein from the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Critical Circumstances Determination,* 89 Fed. Reg. 55,559 (July 5, 2024)  and *Certain Pea Protein from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 89 Fed. Reg. 68,390 (Aug. 26, 2024).

     Plaintiffs participated in the above-referenced proceeding through the submission of responses to questionnaires, submission of factual information, and written arguments. Thus, Plaintiffs are interested parties described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiffs accordingly have standing to bring this action under 28 U.S.C. § 2631(c).

2.    <u>Brief description of the contested determination:</u>

Plaintiffs contest the final determination and antidumping duty order of the U.S. Department of Commerce, International Trade Administration, published as *Certain Pea Protein from the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Critical Circumstances Determination,* 89 Fed. Reg. 55,559 (July 5, 2024) and *Certain Pea Protein from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 89 Fed. Reg. 68,390 (Aug. 26, 2024).

The antidumping duty proceeding was conducted pursuant to Section 735 of the Tariff Act of 1930, as amended (19 U.S.C. §1673d). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

3.    <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce published the antidumping duty order in the above-referenced case on August 26, 2024 (89 Fed. Reg. 68,390).

4.    <u>Date of publication in the Federal Register of the contested determination:</u>

The contested antidumping duty order in the above-referenced case was published in the Federal Register on August 26, 2024 (89 Fed. Reg. 68,390). The contested final determination was published in the Federal Register on July 5, 2024 (89 Fed. Reg. 55,559).

Respectfully submitted,

*/s/ Ned H. Marshak*
Ned H. Marshak*
Andrew T. Schutz
Jordan C. Kahn
Dharmendra N. Choudhary
Brandon M. Petelin
Eve Q. Wang
Elaine F. Wang

GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP
*599 Lexington Ave., 36th Floor
New York, New York 10022
- and -
1201 New York Ave., NW
Ste. 650
Washington, DC 20005
(202) 783-6881

Dated:  September 25, 2024

## SERVICE OF SUMMONS BY THE CLERK

     If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Avenue, NW
Washington, DC 20230

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

John D. McInerney, Esq.
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Pennsylvania Ave., NW
Washington, DC 20230