UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

November 5, 2026

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email: nmarshak@gdlsk.com

Andrew Thomas Schutz, Esq.
Brandon Michael Petelin, Esq.
Dharmendra Narain Choudhary, Esq.
Elaine Fang Wang, Esq.
Eve Qiwei Wang, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email: aschutz@gdlsk.com
bpetelin@gdlsk.com
dchoudhary@gdlsk.com
ewang@gdlsk.com
eqwang@gdlsk.com
jkahn@gdlsk.com

David John Craven, Esq.
Craven Trade Law LLC
3744 N. Ashland Avenue
Chicago, IL 60613
Email: david.craven@tradelaw.com

Jeffrey Sheldon Grimson, Esq.
Bryan Patrick Cenko, Esq.
Clemence Dongwoo Kim, Esq.
Jill A. Cramer, Esq.
Kristin Heim Mowry, Esq.
Ronalda G. Smith, Esq.
Sarah Marie Wyss, Esq.
Yixin (Cleo) Li, Esq.
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
Email: jsg@mowrygrimson.com
bpc@mowrygrimson.com
cdk@mowrygrimson.com
jac@mowrygrimson.com
khm@mowrygrimson.com
rgs@mowrygrimson.com
smw@mowrygrimson.com
cyl@mowrygrimson.com

David J. Ross, Esq.
Stephanie Ellen Hartmann, Esq.
Sydney J. Warren, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Email: david.ross@wilmerhale.com
stephanie.hartmann@wilmerhale.com
sydney.warren@wilmerhale.com

Douglas Glenn Edelschick, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: douglas.edelschick@usdoj.gov

Joseph Grossman-Trawick, Esq.
Sapna Sharma, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email: jgrossman-trawick@kslaw.com
sapna.sharma@trade.gov

Adam Henry Gordon, Esq.
Benjamin Jacob Bay, Esq.
Scott Daniel McBride, Esq.
The Bristol Group PLLC
1707 L Street, NW
Suite 1050
Washington, DC 20036
Email: adam.gordon@bristolgrouplaw.com
bbay@bristolgrouplaw.com
smcbride@bristolgrouplaw.com

Re: *Yantai Oriental Protein Tech Co., Ltd. et al v. United States*
Consol. Court No. 24-00181

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, November 24, 2026. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, November 23, 2026, in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge