**UNITED STATES COURT OF INTERNATIONAL TRADE**
**Before Hon. Claire R. Kelly, Judge**

| | |
|---|---|
| YANTAI ORIENTAL PROTEIN TECH CO., LTD. ET AL.,<br><br>Plaintiffs,<br><br>and<br><br>ZHAOYUAN JUNBANG TRADING CO., LTD., et al.,<br>Consolidated-Plaintiffs,<br><br>and<br><br>KTL PHARMACEUTICAL, CO., LIMITED ET AL.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>PURIS PROTEINS, LLC D/B/A PURIS,<br><br>Defendant-Intervenor. | Consolidated Court No. 24-00181 |

**Response to November 5, 2026 Letter from the Court**

Pursuant to the November 5, 2026 letter from the Court, counsel for Consolidated Plaintiffs, Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang

Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., Fenchem Biotek Ltd, Jianyuan International Co., Ltd., Yosin Biotechnology (Yantai) Co., Ltd., and Yosin Import and Export (Yantai) Co., Ltd, confirms that he has reviewed the Opinion and Order.

These parties have no comments on the bracketing of information in the Opinion and Order and defer to other parties and the Court on (1) whether any information not already in brackets is confidential and should be bracketed in any public version or (2) whether any information already in brackets is not confidential and should not be bracketed in the public version.

Respectfully submitted,

/s/ David J. Craven

David J. Craven
Counsel to Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., Fenchem Biotek Ltd, Jianyuan International Co., Ltd., Yosin Biotechnology (Yantai) Co., Ltd., And Yosin Import and Export (Yantai) Co., Ltd

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 245-4010
David.craven@tradelaw.com

Date November 13, 2026