IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

YANTAI ORIENTAL PROTEIN TECH CO., LTD., *et al.*,

Plaintiffs,

and

ZHAOYUAN JUNBANG TRADING CO., LTD., *et al.*,

Consolidated-Plaintiffs,

and

KTL PHARMACEUTICAL, CO., LTD., *et al.*,

Plaintiff-Intervenors,

v.

UNITED STATES,

Defendant,

and

PURIS PROTEINS, LLC D/B/A PURIS,

Defendant-Intervenor.

Consol. Court No. 24-00181

DEFENDANT'S RESPONSE TO COURT'S NOVEMBER 5, 2026 LETTER

Defendant, the United States, respectfully submits this response to the Court's letter dated November 5, 2026 (ECF No. 100), stating with respect to the Court's confidential opinion (ECF No. 99), that (1) there is no information not already in brackets that is confidential and should be double-bracketed in the public version, and (2) there is no information already in brackets that is

not confidential and should not be double-bracketed in the public version. In other words, the Government concurs with the Court's redactions in all respects.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-9303

Attorneys for Defendant United States

Of Counsel:

SAPNA SHARMA
Senior Counsel
Office of the Chief Counsel for
Trade Enforcement and Compliance
United States Department of Commerce

November 13, 2026