**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| **YANTAI ORIENTAL PROTEIN TECH CO., LTD., ET. AL.,**<br><br>**Plaintiffs,**<br><br>**and**<br><br>**ZHAOYUAN JUNBANG TRADING CO., LTD., ET. AL.,**<br><br>**Consolidated-Plaintiffs,**<br><br>**and**<br><br>**YANTAI T.FULL BIOTECH CO., LTD, ET AL.,**<br><br>**Plaintiff-Intervenors,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**PURIS PROTEINS, LLC, D/B/A PURIS,**<br><br>**Defendant-Intervenor.** | **Consolidated Court No. 24-00181** |

**DEFENDANT-INTERVENOR'S RESPONSE**
**TO THE COURT'S NOVEMBER 5, 2026 LETTER**

Defendant-Intervenor, PURIS Proteins, LLC, d/b/a PURIS, respectfully submits this response to the Court's letter dated November 5, 2027 (ECF No. 100), stating with respect the Court's confidential opinion (ECF No. 99), that (1) there is no information not already in brackets that is confidential and should be double-bracketed in the public version, and (2) there is no information already in brackets that is not confidential and should not be double-bracketed in

the public version. In other words, Defendant-Intervenor concurs with the Court's redactions in all respects.

Respectfully submitted,

Date: November 13, 2026

*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Benjamin J. Bay, Esq.
Scott D. McBride, Esq.

**THE BRISTOL GROUP PLLC**
1707 L Street NW
Suite 1050
Washington, DC 20036
Tel: (202) 991-2701

*Counsel to Defendant-Intervenor PURIS*